## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN C. ROGERS,

    Defendant.

Civil Action No.: 2:17-cv-608-FtM-99CM

### AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The undersigned affiant being first duly sworn, states:

1. My name is JOHN C. ROGERS. I am over eighteen years of age and have personal knowledge of the facts set forth in this Affidavit.

2. I have reviewed the Motion for Summary Judgment and Complaint that were filed by the Plaintiff and I dispute the alleged amounts due.

3. I graduated from Southwestern Law School (formerly known as Southwestern University School of Law) in May of 1994.

4. The loan at issue was allegedly disbursed in December of 1994; however, I was no longer a student at that time.

5. To my knowledge, I satisfied all of my student loan debts and did not apply for or receive any new student loans following my graduation from law school.

6. I have not made payments toward any student loans since the mid 1990's, and I have not received any notice that a student loan was outstanding until this lawsuit was filed.

7. I filed for bankruptcy protection in the United States Bankruptcy Court in the Southern District of California in Case No. 97-bk-55932, and received a discharge.

8. I have not been provided with a copy of the alleged note or any other document evidencing that I applied for and/or received the funds at issue.

9. I dispute the validity of the loan at issue, and whether the Plaintiff has standing to bring this action.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOHN C. ROGERS

STATE OF FLORIDA
COUNTY OF ~~LEE~~ COLLIER

Sworn to and subscribed before me this 20th day of April, by JOHN C. ROGERS, who is personally known to me or who provided _____ as identification.

_____
Notary Public
Print Name: Jerilyn Neuhaus
My Commission Expires: 6-6-21

JERILYN NEUHAUS
Notary Public - State of Florida
Commission # GG 071313
My Comm. Expires Jun 6, 2021
Bonded through National Notary Assn.

2