UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cv-608-FtM-99CM

JOHN C. ROGERS

## NOTICE OF APPEARANCE

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Florida Bar No. 112974
400 N. Tampa St., Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6038
Facsimile: (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 16, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

RICHARD MANCINI
3451 Bonita Bay Blvd., Ste. 206
Bonita Springs, FL 34134

*Counsel for Defendant*

                                          *s/Jillian M. Jewell*
                                          JILLIAN M. JEWELL
                                          Assistant United States Attorney