UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cv-608-FtM-99CM

JOHN C. ROGERS

## STIPULATED DISMISSAL OF CLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the United States and John C. Rogers, by and through his undersigned counsel, stipulate and agree to the voluntarily dismissal of this action.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Florida Bar No. 112974
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6038
E-Mail: FLUDocket.mailbox@usdoj.gov

*/s/ C. Richard Mancini*
C. RICHARD MANCINI
Counsel for Defendant
Florida Bar No. 0149837
3451 Bonita Bay Blvd., Suite 206
Bonita Springs, FL 34134
Telephone: (239) 344-1100
Email: Richard.Mancini@henlaw.com

## CERTIFICATE OF SERVICE

I certify that on December 14, 2018, I electronically filed the foregoing with the Clerk of the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jillian M. Jewell
JILLIAN M. JEWELL
Assistant United States Attorney